UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL J. GOODELL, | Case No. C13-952-RSL-JPD |
| Plaintiff, | |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | REPORT AND RECOMMENDATION |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings, including a *de novo* hearing and a new decision. On remand, the Administrative Law Judge ("ALJ") shall: further evaluate the severity and limiting effects of the claimant's mental impairment(s); reassess the claimant's maximum residual functional capacity, citing to the specific evidence of record in support of the finding; in so doing, further evaluate the credibility of the claimant's allegations

REPORT AND RECOMMENDATION
PAGE - 1

and further evaluate the medical source opinions, including but not limited to the opinions of Mark Colombo, M.D., and if warranted, seek clarification of the opinions from treating sources in accordance with Social Security Rulings 96-2p and 96-5p; and, as necessary, the ALJ will reevaluate whether the claimant can perform her past relevant work and/or make an adjustment to other work in the national economy.

Upon proper application, plaintiff shall be eligible for reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412(d).

A proposed order accompanies this Report and Recommendation.

DATED this 5th day of December, 2013.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge